UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

KATHERINE W. YOUNG,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, KATHERINE W. YOUNG, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

December 8, 2009 at 2:57 PM – Pre-Recorded Message
Information obtained will be used for that purpose.  Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling, please use reference ID 17680748. If you need this information again, press star now. Thank you. Goodbye.

December 8, 2009 at 3:18 PM – Pre-Recorded Message
Information obtained will be used for that purpose.  Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330.

2

When calling, please use reference ID 17680748. If you need this
information again, press star now. Thank you. Goodbye.

<u>December 10, 2009 at 6:52 PM – Pre-Recorded Message</u>
Purpose.  Please call Sally Ray back today at 800-786-9330. Once again, the
number is 800-786-9330. When calling, please use reference ID 17680748.
If you need this information again, press star now. Thank you. Goodbye.

<u>December 16, 2009 at 2:33 PM – Pre-Recorded Message</u>
Any information obtained will be used for that purpose.  Please call Sally
Ray back today at 800-786-9330. Once again, the number is 800-786-9330.
When calling, please use reference ID 18226858.  If you need this
information again, press star now. Thank you. Goodbye.

<u>December 31, 2009 at 11:03 AM – Pre-Recorded Message</u>
Purpose.  Please call Sally Ray back today at 800-786-9330. Once again, the
number is 800-786-9330. When calling, please use reference ID 18226858.
If you need this information again, press star now. Thank you. Goodbye.

<u>January 6, 2010 at 9:55 AM – Pre-Recorded Message</u>
Will be used for that purpose.  Please call Sally Ray back today at 800-786-
9330. Once again, the number is 800-786-9330. When calling, please use
reference ID 18226858.  If you need this information again, press star now.
Thank you. Goodbye.

<u>January 12, 2010 at 1:36 PM – Pre-Recorded Message</u>
The law requires that we notify you that this is a debt collection company.
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please call Sally Ray back today at 800-786-9330.
Once again, the number is 800-786-9330. When calling please use reference
ID 18226858. Thank you. Goodbye.

<u>January 26, 2010 at 6:58 PM – Pre-Recorded Message</u>
And any information obtained will be used for that purpose. Please call Sally
Ray back today at 800-786-9330. Once again, the number is 800-786-9330.
When calling please use reference ID 18226858. If you need this
information again, press star now. Thank you. Goodbye.

<u>February 17, 2010 at 2:43 PM – Pre-Recorded Message</u>

3

The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. Thank you. Goodbye.

February 23, 2010 at 10:23 AM – Pre-Recorded Message
Information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

March 9, 2010 at 11:13 AM – Pre-Recorded Message
Any information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

March 12, 2010 at 4:41 PM
This is an important message from NCO Financial Systems, Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, that number is 800-786-9330. Thank you.

March 25, 2010 at 12:10 PM – Pre-Recorded Message
Any information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

April 7, 2010 at 1:10 PM – Pre-Recorded Message
Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

April 20, 2010 at 11:30 AM – Pre-Recorded Message
Be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference

ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

April 29, 2010 at 1:43 PM – Pre-Recorded Message
Used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18226858. If you need this information again, press star now. Thank you. Goodbye.

May 11, 2010 at 10:43 AM – Pre-Recorded Message
Used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18568633. If you need this information again, press star now. Thank you. Goodbye.

June 4, 2010 at 11:36 AM – Pre-Recorded Message
Information obtained will be used for that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18568633. If you need this information again, press star now. Thank you. Goodbye.

June 24, 2010 at 2:46 PM – Pre-Recorded Message
For that purpose. Please call Sally Ray back today at 800-786-9330. Once again, the number is 800-786-9330. When calling please use reference ID 18568633. If you need this information again, press star now. Thank you. Goodbye.

July 28, 2010 at 11:40 AM – Pre-Recorded Message
Sally Ray at 800-786-9330. Again, that's Sally Ray at 800-786-9330. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 18568633. Thank you. Goodbye.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F.

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs*.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc*., 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough

7

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658