UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 11-61240-CIV-MIDDLEBROOKS/JOHNSON**

KATHERINE W. YOUNG,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant.
_____/

## ORDER AFFIRMING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    THIS CAUSE comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 7) ("Notice"), filed on June 29, 2011. Plaintiff voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a), which indicates that a plaintiff may voluntarily dismiss an action with a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(I). Additionally, the Rule states that a dismissal is without prejudice unless the notice states otherwise. FED. R. CIV. P. 41(a)(1)(B). Defendant has not filed an answer to the Complaint, and Plaintiff's Notice indicates that the dismissal is to be with prejudice. I commend the parties for the amicable resolution of their dispute and, having reviewed the file in this case and being otherwise advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 7) is **AFFIRMED**. This case is **DISMISSED WITH PREJUDICE**. It is further

    **ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of June, 2011.

                                                                                                              DONALD M. MIDDLEBROOKS
                                                                                                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

1